JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 351 -- IN RE AIR CRASH DISASTER NEAR GREENSBORO, HALE COUNTY, ALABAMA ON NOVEMBER 15, 1977

| Date | No. Code | |
|---|---|---|
| 5/30/78 | 1 | MOTION/BRIEF -- Defendant Cessna Aircraft Company -- w/cert of service, and schedule of actions<br>SUGGESTED TRANSFEREE COURT: SOUTHERN DISTRICT OF ALABAMA<br>SUGGESTED TRANSFEREE JUDGE: JUDGE VIRGIL PITTMAN   (cds) |
| 6/12/78 | 2 | RESPONSE -- Patricia J. Cardinal, etc., et al. w/cert. of serv. (rew) |
| 6/13/78 | | APPEARANCES -- ROBERT B. HARWOOD, JR., ESQ. for Patricia J. Cardinal and Ainsley Leigh Cardinal<br>BROOX G. HOLMES, ESQ. for First National Bank of Mobile (Estate of Clarence Levi); First National Bank of Mobile (Estate of Doris H. Levi); Sarah B. Jernigan; and Chris Elaine D. Hunnicutt.<br>DONALD F. PIERCE, ESQ. for The Cessna Aircraft Company (cds) |
| 6/29/78 | | HEARING ORDER -- Setting A-1 through A-5 for Hearing in Los Angeles, California on July 28, 1978 (cds) |
| 6/29/78 | | REQUEST FOR EXTENTION OF TIME -- Plaintiff First National Bank of Mobile -- Granted to June 30, 1978 (cds) |
| 7/5/78 | 3 | RESPONSE -- Pltfs. Levi, Hunnicutt & Jernigan w/cert. of service (pdh) |
| ~~7/10/78~~ | ~~4~~ | ~~RESPONSE/BRIEF~~ |
| 7/10/78 | 4 | REPLY/BRIEF TO PLEADING 3 -- Defendant Cessna Aircraft Company -- w/cert. of service (cds) |
| 7/21/78 | 5 | BRIEF IN RESPONSE TO PLEADING #4 -- Plaintiffs Levis', Hunnicutt & Jernigan w/cert. of svc.   (ea) |
| 7/24/78 | | HEARING APPEARANCE -- JULY 28, 1978<br>DONALD F. PIERCE, ESQ. for The Cessna Aircraft Co.   (rew) |
| 7/24/78 | | WAIVER OF ORAL ARGUMENT -- JULY 28, 1978<br>Robert B. Harwood, Jr., Esq. waiving for Patricia J. Cardinal<br>Broox G. Holmes, Esq. waiving for First National Bank of Mobil (rew) |
| 8/18/78 | | CONSENT OF TRANSFEREE DISTRICT: assigning Judge Virgil Pittman of the Southern District of Alabama to handle litigation for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407.   (ea) |
| 8/18/78 | | TRANSFER ORDER -- transferring A-5 to be consolidated with A-1, A-2, A-3 and A-4 for coordinated or consolidated pretrial proceedings ~~####~~ by Judge Virgil Pittman ~~################~~ Under 28 U.S.C. §1407.   (ea) |

DOCKET NO. __351__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE AIR CRASH DISASTER NEAR GREENSBORO, HALE COUNTY, ALABAMA ON NOVEMBER 15, 1977

## Summary of Panel Actions

Date(s) of Hearing(s) 7/28/78

Consolidation Ordered  8/18/78           Consolidation Denied _____

Opinion and/or Order  8/18/78

Citation _____

Transferee District  Southern District of Alabama    Transferee Judge  Virgil Pittman

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | The First National Bank of Mobile, etc. (Clarence Levi) v. The Cessna Aircraft Company | S.D.Ala. Pittman | 78-113-P | | | 6/4/79 | |
| A-2 | The First National Bank of Mobile, etc. (Doris H. Levi) v. The Cessna Aircraft Company | S.D.Ala. Pittman | 78-114-P | | | 6/4/79 | |
| A-3 | Sarah B. Jernigan, etc., et al. v. The Cessna Aircraft Company | S.D.Ala. Pittman | 78-115-P | | | 6/4/79 | |
| A-4 | Chris Elaine D. Hunnicut, etc., et al. v. The Cessna Aircraft Company | S.D.Ala. Pittman | 78-116-P | | | 6/4/79 | |
| A-5 | Patricia J. Cardinal, etc., et al. v. The Cessna Aircraft Company | N.D.Ala. Guin | 78-G-538 | 8/18/78 | 78-476-P | 6/4/79 | |
| XYZ-1 | Bette W. Harrell, etc., et al. v. The Cessna Aircraft Co. | S.D.Ala | 78-464-P | | | 6/4/79 | |
| XYZ-2 | First National Bank of Mobile v. The Cessna Aircraft Co. | S.D.Ala. | 78-610-P | | | 6/6/79 | |

*July 1971 = 1 TR; 6 XYZ = 7 Dis'd = Closed*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 351 -- IN RE AIR CRASH DISASTER NEAR GREENSBORO, HALE COUNTY, ALABAMA ON NOVEMBER 15, 1978

| | |
|---|---|
| FIRST NAT'L BANK OF MOBILE (ESTATE OF CLARENCE LEVI) (A-1)<br>FIRST NAT'L BANK OF MOBILE (ESTATE OF DORIS H. LEVI) (A-2)<br>SARAH B. JERNIGAN (A-3)<br>CHRIS ELAINE D. HUNNICUTT (A-4)<br>Broox G. Holmes, Esq.<br>Post Office Box 290<br>Mobile, Alabama  36601<br><br>PATRICIA J. CARDINAL<br>AINSLEY LEIGH CARDINAL (A-5)<br>Robert B. Harwood, Jr.<br>Rosen, Wright, Harwood & Albright, P.A.<br>1020 25th Avenue - P. O. Box 2727<br>Tuscaloosa, Alabama  35401 | THE CESSNA AIRCRAFT COMPANY<br>Donald F. Pierce, Esq.<br>Post Office Box 123<br>Mobile, Alabama  36601 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 351 -- IN RE AIR CRASH DISASTER NEAR GREENSBORO, HALE COUNTY, ALABAMA ON NOVEMBER 15, 1978

| Name of Party | Named as Party in Following Actions |
|---|---|
| THE CESSNA AIRCRAFT COMPANY | A-1, A-2, A-3, A-4, A-5 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |