DOCKET NO. 351

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH DISASTER NEAR GREENSBORO, ALABAMA, ON NOVEMBER 15, 1977

TRANSFER ORDER

The Panel having ruled from the bench at the hearing on this matter that the actions in this litigation raise common questions of fact and that their centralization in the Southern District of Alabama under 28 U.S.C. §1407 will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation,

IT IS ORDERED that the action listed on the attached Schedule A and pending in the Northern District of Alabama be, and the same hereby is, transferred pursuant to Section 1407 to the Southern District of Alabama and, with the consent of that court, assigned to the Honorable Virgil Pittman for coordinated or consolidated pretrial proceedings with the four actions already pending there and listed on Schedule A.

FOR THE PANEL:

John Minor Wisdom
Chairman

SCHEDULE A
DOCKET NO. 351

| | Civil Action No. |
|---|---|
| **NORTHERN DISTRICT OF ALABAMA** | |
| Patricia J. Cardinal, etc., et al. v. The Cessna Aircraft Company | 78-G-538 |
| **SOUTHERN DISTRICT OF ALABAMA** | |
| The First National Bank of Mobile, etc. (Clarence Levi) v. The Cessna Aircraft Company | 78-113-P |
| The First National Bank of Mobile, etc. (Doris H. Levi) v. The Cessna Aircraft Company | 78-114-P |
| Sarah B. Jernigan, etc., et al. v. The Cessna Aircraft Company | 78-115-P |
| Chris Elaine D. Hunnicut, etc., et. al. v. The Cessna Aircraft Company | 78-116-P |